CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>    Plaintiff, <br><br> v. <br><br> **786 Samantha Inc.**, a California Corporation; <br> **Glencrest, LLC**, a California Limited Liability Company; and Does 1-10, <br><br>    Defendants. | Case No: 2:20-cv-06970-VAP-PLA <br><br> **Plaintiff's Notice of Motion and Motion for Leave to File First Amended Complaint** <br><br> Fed.R.Civ.P. 15(a)(2). <br><br> Date: January 25, 2021 <br> Time: 2:00 p.m. <br> Courtroom: 8A (8th Floor) <br><br> Hon. Judge Virginia A. Phillips |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 25, 2021, in the Courtroom of the Honorable Virginia A. Phillips, located at 350 West 1st Street, Courtroom 8A, Los Angeles, California, at the hour of 2:00 p.m., Plaintiff Chris Langer, by and through his counsel, will move and hereby does move, pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file his First Amended Complaint.

The Motion shall be based upon this Notice, the attached Memorandum of Points and Authorities, the attached "redlined" First Amended Complaint, filed

1  concurrently as "Exhibit 1," the Declaration of Christopher A. Seabock, all of the
2  documents and records on file in this action, and such other and further matters that
3  may be presented at hearing.
4      The effects of the amendment to the Complaint are:
5    1. To correct the ownership statuses of Defendants 786 Samantha Inc. and
6      Glencrest, LLC, which were mistakenly switched at the time of drafting
7      the original complaint, reflected on page 2, paragraphs 2-4 of Exhibit 1;
8    2. To add previously unnamed defendant Fairfax Foods and Grocery Inc.,
9      alleged to be the current owner and operator of the subject business, India
10     Sweets & Spices, reflected on page 2, paragraph 5 of Exhibit 1.
11     This Motion follows Plaintiff's counsel's unsuccessful attempts to obtain a
12 stipulation from Defendants, starting December 15, 2020, and the telephonic meet
13 and confer of counsel pursuant to Local Rule 7-3, which took place on December 18,
14 2020.

16 Dated: December 28, 2020     CENTER FOR DISABILITY ACCESS

17     By: /s/ Christopher A. Seabock
18     Christopher A. Seabock
19     Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Plaintiff's Notice of Motion and Motion for Leave to File First Amended Complaint