CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **786 Samantha Inc.**, a California Corporation; <br> **Glencrest, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No: 2:20-cv-06970-VAP-PLA <br><br> **Declaration of Christopher A. Seabock in Support of Plaintiff's Motion for Leave to File First Amended Complaint** |

**DECLARATION OF CHRISTOPHER A. SEABOCK**

I, Christopher A. Seabock, declare:

1. I am an attorney at law duly licensed and admitted to practice in this District. I am counsel of record for Plaintiff Chris Langer in the above-captioned case. The facts stated below are based upon my personal knowledge, and if called as a witness, I could competently testify thereto.

2. In the drafting of the Complaint in this case, the interests of Defendants 786 Samantha Inc. and Glencrest, LLC were inadvertently switched, such that

786 Samantha Inc. was alleged to be the property owner and Glencrest, LLC was alleged to be the business owner and operator, rather than the reverse. Plaintiff counsel's prefiling investigation, instead, showed 786 Samantha Inc. to be the business owner and operator and Glencrest, LLC to be the property owner.

3. In preparing to amend the Complaint to correct the allegations of Defendants' respective responsible interests, Plaintiff counsel conducted an updated investigation and learned that Defendant 786 Samantha Inc. was no longer the owner and operator of the subject business, and that the business is now owned and operated by another entity, Fairfax Foods and Grocery Inc.

4. Prior to the filing of the instant Motion, I conducted a telephonic meet and confer with defense counsel, Linda Spiegel, on December 18, 2020, pursuant to Local Rule 7-3.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiff's proposed First Amended Complaint, "redlined" to highlight the changes made.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: December 28, 2020         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Christopher A. Seabock
                                     Christopher A. Seabock
                                     Attorney for Plaintiff