UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>      Plaintiff,<br><br>  v.<br><br>**786 Samantha Inc**., a California Corporation;<br>**Glencrest, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case No: 2:20-cv-06970-VAP-PLA<br><br>**[Proposed] Order Granting Plaintiff's Motion for Leave to File First Amended Complaint** |

The Court having read and considered the papers submitted by the parties hereby GRANTS Plaintiff's Motion for Leave to Amend his Complaint. Plaintiff is to file his first amended complaint within seven days of the issuance of this Order.

DATED: _____

                                                                                                   _____
                                                                                                   Hon. Virginia A. Phillips
                                                                                                   United States District Judge